COMMONWEALTH of Pennsylvania, Respondent

v.

Isaiah BRAXTON, Petitioner

No. 346 EAL 2016

Supreme Court of Pennsylvania.

January 4, 2017

## ORDER

PER CURIAM

AND NOW, this 4th day of January, 2017, the Petition for Allowance of Appeal is **DENIED.**